# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VICTORIA KING and GREG KING, | Case No.: 2:20-cv-0469-APG-NJK |
| Plaintiffs | **Order Transferring Case to Unofficial Northern Division** |
| v. | |
| ETHICON, INC., et al., | |
| Defendants | |

This case was transferred to this district by an order from the Southern District of West Virginia. Plaintiffs Victoria and Greg King live in Carson City, Nevada, and the surgery giving rise to this lawsuit occurred in Carson City. ECF No. 13. Under Local Rule LR IA 1-8(a), "civil actions must be filed in the clerk's office for the unofficial division of the court in which the action allegedly arose." Carson City is in the unofficial northern division of this district court. *See* LR IA 1-6. Therefore, this case must be transferred to the northern division.

I THEREFORE ORDER that this action is transferred to the unofficial northern division of this court for all further proceedings. The clerk of the court shall transfer and reopen this matter as a new action under a new docket number in the northern division, and the action under this docket number shall be closed.

Dated this 6th day of March, 2020.

_____
ANDREW P. GORDON
United States District Judge